**Slip Op. 02-46**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

```
_____
                                         :
THE TORRINGTON COMPANY,                  :
                                         :
         Plaintiff and                   :
         Defendant-Intervenor,           :
                                         :
         v.                              :
                                         :
UNITED STATES,                           :
                                         :
         Defendant,                      :
                                         :
         and                             :    Consol. Court No.
                                         :    99-08-00462
KOYO SEIKO CO., LTD. and                 :
KOYO CORPORATION OF U.S.A.;              :
NTN CORPORATION, NTN BEARING             :
CORPORATION OF AMERICA, AMERICAN         :
NTN BEARING MANUFACTURING                :
CORPORATION, NTN DRIVESHAFT, INC.,       :
NTN-BOWER CORPORATION and NTN-BCA        :
CORPORATION,                             :
                                         :
         Defendant-Intervenors           :
         and Plaintiffs.                 :
                                         :
_____:
```

**JUDGMENT**

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>Torrington Co. v. United States</u>, 2001 Ct. Intl. Trade LEXIS 142, Slip Op. 01-135 (Nov. 26, 2001) ("Remand Results"), responses and rebuttal comments by NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN

Driveshaft, Inc., NTN-Bower Corporation and NTN-BCA Corporation and The Torrington Company's comments, holds that Commerce duly complied with the Court's remand order, and it is hereby

**ORDERED** that the Remand Results filed by Commerce on February 25, 2002, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:     May 20, 2002
           New York, New York